No. 651. MORRIS INVESTMENT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. December 9, 1946. Pe-

tition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Edward L. Blackman* for petitioner. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *Newton K. Fox* for respondent.